# APPLICATION FOR WRIT OF HABEAS CORPUS

## UNITED STATES DISTRICT COURT

**UNITED STATES OF AMERICA**

- against -

EDWIN B. MOREJON,

Defendant(s).

☐ 10-317-M
☒ Criminal Miscellaneous

The undersigned ☒ Assistant U.S. Attorney ☐ Special Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ☒ ad prosequendum ☐ ad testificandum ☐ in re a motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known): EDWIN B. MOREJON, DOB: 8/15/1990 ID# 591209

2. Detained by ☐ Warden, New York Metropolitan Correctional Center, New York, New York
☒ Warden, RIVERHEAD CORRECTIONAL FACILITY, 100 CENTER DRIVE, RIVERHEAD, NY
☐ Other:

*[Specify title of custodian and name and location of detention facility]*

3. Detainee is ☐ charged in this district by ☐ Indictment ☐ Information ☒ complaint with,
OR ☐ was convicted in this district of, violating Title 18, U.S.C. 1959(a), OR ☐ is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on 03/31/10, at 10:00 o'clock A.M. ☒ in Courtroom Number 814 ☐ before the Federal Grand Jury sitting in Room Number ___, of the United States Courthouse for this district, for ☒ arraignment ☐ plea ☐ trial ☐ sentencing

☐ in re a motion pursuant to 28 U.S.C. § 2255 ☐ the purpose of giving necessary testimony in the captioned proceeding
☐ other purpose(s), specifically

Sworn to before me this
26TH day of MARCH, 2010

*Stephanie A. Pastorino*
Notary Public-State of New York
Commission No.: 01PA6141726
Qualified in Suffolk County
My Commission Expires February 27, 2014

*Stephanie A. Pastorino*

*Carrie Capwell*
CARRIE N. CAPWELL
☒ Assistant United States Attorney
☐ Special Assistant United States Attorney

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and all other United States Marshals and their deputies, is and are each directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Dated: Central Islip, New York
March ___, 2010

UNITED STATES MAGISTRATE JUDGE

**ROBERT C. HEINEMANN**
CLERK, U.S.D.C.

Deputy Clerk