# UNITED STATES DISTRICT COURT

<u>EASTERN</u> DISTRICT OF <u>NEW YORK</u>

UNITED STATES OF AMERICA

V.

**EDWIN MOREJON,**

Defendant.

TO: Federal Bureau of Investigation
Special Agent John M. Triolo
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER:

**10-0317M**

YOU ARE HEREBY COMMANDED to arrest **Edwin Morejon, also known as "King Drama"**
   Name
and bring him forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

```
did knowingly and intentionally possess a firearm, to wit: a 9mm semi-
automatic Smith & Wesson model 5906 pistol, which firearm had the
manufacturer's serial number removed, obliterated, and altered, and which
had been shipped and transported in interstate commerce,
```

in violation of Title  18  United States Code, Section(s) 922(k)

| Honorable E. Thomas Boyle | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | March 24, 2010<br>Central Islip, New York<br>Date and Location |
| Bail fixed at $ | By UNITED STATES MAGISTRATE JUDGE |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above name defendant at _____ | | |
| DATE RECEIVED 3/24/10 | NAME AND TITLE OF ARRESTING OFFICER: John M. Triolo | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/2/10 | Special Agent, FBI | [signature] |

V (Rev.EDNY 1996) Warrant for Arrest

M S I THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

EFENDANT'S NAME: _____

_IAS: _____

\ST KNOWN RESIDENCE: _____

\ST KNOWN EMPLOYMENT: _____

_ACE OF BIRTH: _____

\TE OF BIRTH: _____

)CIAL SECURITY NUMBER: _____

EIGHT: _____ WEIGHT: _____ SEX: _____

_____ RACE: _____

AIR: _____ EYES: _____

:ARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

3I NUMBER: _____

)MPLETE DESCRIPTION OF AUTO: _____

_____INVESTIGATIVE

3ENCY AND ADDRESS: _____