## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

USAO# 2010R00652

1. Title of Case: United States v. Angel Cordero Jr., et al.

2. Related Magistrate Docket Number(s) 10-317-M

   None ( )

   **CR 10 281**

   **FEUERSTEIN, S**
   **LINDSAY, M.**

3. Arrest Date: N/A

4. Nature of offense(s):  X   Felony
                          ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): 10-274 (SJF)

6. Projected Length of Trial:   Less than 6 weeks   ( X )
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: Nassau/Suffolk
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?         (X) Yes   ( ) No

9. Have arrest warrants been ordered?               (X) Yes   ( ) No

10. Is a capital count included in the indictment?  ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: *Carrie Capwell*
Carrie Capwell
Assistant U.S. Attorney
(631) 715-78

Rev. 10/01/03